UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY PELAYO,

Defendant.

CASE NO. 18-217

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking and firearm offenses. The government proffered defendant is the business partner of a co-defendant leading a large scale drug conspiracy that imports drugs from China, remanufactures the drugs here, and sells them for a profit. The conspiracy is a multi-million dollar operation. When police searched defendant's home they found a large amount of cash and numerous firearms located in his home, garage and his car. Defendant owns or controls three properties. He failed to disclose a bank account containing about a quarter of a million dollars, i.e., he has concealed assets. After his house was search defendant directed someone to empty a storage locker. Defendant also moved out of his

DETENTION ORDER - 1

house and his whereabouts was unknown. Defendant also obtained new cell phones, at least one of which is a burner phone.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 26th day of June, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge