Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY PELAYO,<br><br>Defendant. | No. CR 18 – 217 RSM<br><br>ORDER GRANTING DEFENDANT PELAYO'S UNOPPOSED MOTION TO CONTINUE TIME FOR FILING REPLY IN SUPPORT OF HIS DETENTION REVIEW MOTION<br>[Docket 359] |

Defendant's unopposed motion to continue time for filing reply to detention review motion came on for hearing, and, the Court being fully advised, grants the motion;

IT IS THEREFORE ORDERED that the defendant Pelayo's reply in support of his detention review motion [Docket 359] shall be filed on or before June 15, 2020.

ORDERED this 5th day of June, 2020.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

///

///

ORDER GRANTING DEFENDANT PELAYO'S UNOPPOSED MOTION TO CONTINUE TIME FOR FILING REPLY IN SUPPORT OF HIS DETENTION REVIEW MOTION [Docket 359] – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
POST OFFICE BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142

Presented by:

LAW OFFICES OF STEPHAN R. ILLA

Stephan R. Illa
WSBA No. 15793
Attorney for Defendant

Certificate of Service

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Signed on June 5, 2020 within the Western District of Washington.

Stephan R. Illa

ORDER GRANTING DEFENDANT PELAYO'S
UNOPPOSED MOTION TO CONTINUE TIME FOR
FILING REPLY IN SUPPORT OF HIS DETENTION
REVIEW MOTION [Docket 359] – 2

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
POST OFFICE BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142