Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY PELAYO,<br><br>Defendant. | No. CR 18 – 217 RSM<br><br>ORDER GRANTING DEFENDANT PELAYO'S UNOPPOSED MOTION FOR REVIEW & DISCLOSURE OF LAW ENFORCEMENT OFFICER FILES & RECORDS |

Defendant's unopposed motion for review and disclosure of law enforcement records came on for hearing, and, the Court being fully advised, the motion is GRANTED, and

IT IS HEREBY ORDERED that plaintiff United States shall:

(a) Inspect the personnel files and records of any law enforcement officers or governmental agents or employees involved in the investigation of this case or who will testify at trial; and

ORDER GRANTING DEFENDANT PELAYO'S
UNOPPOSED MOTION FOR REVIEW & DISCLOSURE OF
LAW ENFORCEMENT OFFICER FILES & RECORDS – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142

(b)  Disclose to the defense no later than two weeks before trial all exculpatory documents and information contained in the files and records, as well as any documents or information containing material relevant for impeachment purposes.

DATED June 10, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT PELAYO'S
UNOPPOSED MOTION FOR REVIEW & DISCLOSURE OF
LAW ENFORCEMENT OFFICER FILES & RECORDS – 2

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142

Presented by:

LAW OFFICES OF STEPHAN R. ILLA

*[signature]*

Stephan R. Illa
WSBA No. 15793
Attorney for Defendant

Certificate of Service

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Signed on June 10, 2020 within the Western District of Washington.

*[signature]*

Stephan R. Illa

ORDER GRANTING DEFENDANT PELAYO'S
UNOPPOSED MOTION FOR REVIEW & DISCLOSURE OF
LAW ENFORCEMENT OFFICER FILES & RECORDS – 3

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142