CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY PELAYO,<br><br>    Defendant. | No. CR 18 – 217 RSM<br><br>ORDER GRANTING DEFENDANT PELAYO'S MOTION FOR LEAVE TO FILE OVERLENGTH MOTION AND BRIEF TO SUPPRESS THE SEARCH AND SEIZURE OF HIS iCLOUD DATA AND ACCOUNT |

    DEFENDANT ANTHONY PELAYO, having moved the Court for an order granting leave to file an oversized motion to suppress the data and information seized from his Apple iCloud account, The Court, finding the complexity and nature of the motion and brief submitted, DOES HEREBY

    ORDER the motion for leave to file the oversized motion is granted and it may be filed.

    Dated this 3rd day of August, 2020.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Certificate of Service

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Signed on July 30, 2020 wit in the Western District of Washington.

Terry Kellogg