CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY PELAYO,<br><br>Defendant. | No. CR 18 – 217 RSM<br><br>ORDER GRANTING DEFENDANT PELAYO'S MOTION TO FILE ATTACHMENT EXHIBIT 5 EXTRACTION REPORT FROM SEARCH AND SEIZURE OF HIS iCLOUD DATA AND ACCOUNT UNDER SEAL |

DEFENDANT ANTHONY PELAYO, having moved the Court for an order granting leave to file attachment 5 to his motion to suppress the data and information seized from his Apple iCloud account, The Court, finding the data contained in the forensic extraction report is personal and private to Pelayo and should not be generally available to the public, DOES HEREBY

ORDER the motion for leave to file under seal Exhibit 5 to the motion to suppress data from the search of his iCloud account is granted and it may be filed under seal.

Dated this 3rd day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE