The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR18-217 RSM |
|---|---|
| Plaintiff | **ORDER TO SEAL** |
| v. | |
| ANTHONY PELAYO, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained within the Government's Exhibit A to the Government's Response to Defendant Pelayo's Amended Motion to Suppress (Dkt. 428);

//
//
//

Order to Seal
*U.S. v. Woolard, et al.,* CR18-217 RSM - 1

It is hereby ORDERED that the Government's Exhibit A to the Government's Response to Defendant Pelayo's Amended Motion to Suppress (Dkt. 428) shall remain sealed.

DATED this 20th day of August, 2020.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*S/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney

Order to Seal
*U.S. v. Woolard, et al.,* CR18-217 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970