Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>ANTHONY PELAYO,<br><br>                    Defendant. | NO.  CR18-217-RSM<br><br>ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT PELAYO'S AMENDED MOTION TO SUPPRESS FRUITS OF ILLEGAL SEIZURE (DOCKET NO. 428) |

The Court, having reviewed the United States' Motion for Leave to File Sur-reply in Opposition to Defendant Pelayo's Amended Motion to Suppress Fruits of Illegal Seizure (Dkt. 428), enters the following Order:

IT IS HEREBY ORDERED that leave is GRANTED.  The United States may file a sur-reply to defendant Pelayo's Amended Motion to Suppress Fruits of Illegal Seizure (Dkt. 428).

DATED this 18th day of September, 2020.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT PELAYO'S MOTION TO SUPPRESS FRUITS OF ILLEGAL SEIZURE (DKT. 428) - 1
*U.S. v. Anthony Pelayo, et al.;* CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Presented by:

*s/ William Dreher*
WILLIAM DREHER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE
SURREPLY IN OPPOSITION TO DEFENDANT PELAYO'S MOTION TO
SUPPRESS FRUITS OF ILLEGAL SEIZURE (DKT. 428) - 2
*U.S. v. Anthony Pelayo, et al.;* CR18-217-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970