UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ANTHONY PELAYO,<br><br>Defendant. | CASE NO. CR18-217RSM<br><br>ORDER DENYING DEFENDANT PELAYO'S MOTION TO COMPEL PRODUCTION OF WITNESS & EXHIBIT LISTS |

This matter comes before the Court on Defendant Anthony Pelayo's Motion to Compel Production of Witness & Exhibit Lists. Dkt. #511.

The Scheduling Order in this case, cited by Defendant Pelayo, states that "[t]he government is to produce its witness list and exhibit list related to its case-in-chief; the government is to produce Jencks Act, Rule 26.2, and Giglio impeachment materials, including information relating to known non-testifying declarants under Fed.R.Evid. 806 (if any), three weeks before trial." Dkt. #389 at 2. Next to that entry is the date August 18, 2020. That date was based on a September 8, 2020, trial date. The Scheduling Order explicitly states "[i]f the trial date is continued, these dates will be reset by the equivalent number of days or weeks in advance of the new trial date." *Id*. at 3.

ORDER DENYING DEFENDANT PELAYO'S MOTION TO COMPEL PRODUCTION OF WITNESS & EXHIBIT LISTS – 1

Trial has now been set for June 21, 2021. Dkt. #611. The deadline above has now been extended to three weeks prior to this new trial date—May 31, 2021. Accordingly, the relief requested by Defendant is inconsistent with the Court's Scheduling Order and unwarranted at this time.

The Court notes that given its own communications to all parties cited in Defendant Pelayo's briefing and the circumstances at the time, Defendant understood that the trial date would be continued when the instant Motion was filed. The deadline at issue was explicitly tied to the trial date. The motivation for the instant Motion appears to have been gamesmanship rather than a genuine belief that the witness and exhibit lists were past-due. The Court expects more from experienced counsel.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the Defendant Anthony Pelayo's Motion to Compel Production of Witness & Exhibit Lists, Dkt. #511, is DENIED.

DATED this 25th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING DEFENDANT PELAYO'S MOTION TO COMPEL PRODUCTION OF WITNESS & EXHIBIT LISTS – 2