# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | CASE NO. CR18-217RSM |
| v. | ORDER DENYING DEFENDANT PELAYO'S MOTION TO EXCLUDE EVIDENCE OF PRIOR CONVICTIONS |
| ANTHONY PELAYO, | |
| Defendant. | |

This matter comes before the Court on Defendant Pelayo's Motion to Exclude Evidence of Prior Convictions. Dkt. #426. The Government has filed an opposition brief. Dkt. #534. No reply brief in support of the Motion was filed. No party has requested oral argument.

Mr. Pelayo moves for an order excluding evidence and testimony regarding his prior criminal convictions and imprisonment, specifically that he was convicted of possession of a controlled substance with intent to manufacture or deliver in 2007, citing Rule 404(b). Dkt. #426 at 1–2.

The Government states that it "does not intend to offer evidence of Pelayo's 2007 conviction (or his other prior convictions) in its case-in-chief, unless Pelayo offers (in argument, through testimony or questioning, or otherwise) a defense that renders the prior conviction relevant." Dkt. #534 at 1. The Government argues that the Court "does not have sufficient

ORDER DENYING MOTION TO EXCLUDE EVIDENCE OF PRIOR CONVICTIONS – 1

information to categorically prohibit the introduction of this conviction," *id.* at 2, and that if Mr. Pelayo opens the door to admissibility "the Court will be well-positioned to evaluate the parties' arguments regarding the conviction's potential unfair prejudice and probative value," *id.* at 5.

The Court agrees that Mr. Pelayo has failed to set forth a basis at this juncture to prohibit the introduction of this conviction under any circumstances. It may be possible for the Government to demonstrate at trial that this prior conviction tends to prove a material point and is not too remote in time (considering the time between the prior conviction and the criminal conduct in question). Given that the Government does not intend to offer this evidence in its case-in-chief, the Court will defer further consideration on this issue until trial.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the Defendant Pelayo's Motion to Exclude Evidence of Prior Convictions, Dkt. #426, is DENIED.

DATED this 4th day of June, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION TO EXCLUDE EVIDENCE OF PRIOR CONVICTIONS – 2