# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> BRADLEY WOOLARD, ANTHONY PELAYO, and JEROME ISHAM, <br><br> Defendants. | CASE NO. CR18-217RSM <br><br> ORDER GRANTING AGREED MOTIONS IN LIMINE |

This matter comes before the Court on the Agreed Motions in Limine submitted by Defendant Pelayo and the Government. Dkt. #791. The Court finds good cause to grant these Motions, many of which reflect standard practice for this Court's criminal trials.

Accordingly, it is hereby ORDERED:

1. The Agreed Motions in Limine, Dkt. #791, are GRANTED.

2. Defendant Pelayo's first Motions in Limine filing, Dkt. #424, is STRICKEN as duplicative.

3. Nonparty witnesses shall be excluded from the courtroom until their testimony has been completed, and all witnesses shall be instructed not to listen to the proceedings, whether in person or remotely, until their testimony has been completed.

ORDER GRANTING AGREED MOTIONS IN LIMINE – 1

4. Witnesses are ordered not to discuss their testimony or other matters related to the case with other witnesses, but experts shall be allowed to consult others.
5. Testimony and arguments regarding the defendant's non-testimonial demeanor shall be excluded.
6. Testimony and arguments directly or indirectly implying a personal belief in the defendant's guilt shall be excluded.
7. Testimony and arguments regarding gangs or gang affiliations shall be excluded.
8. Testimony and arguments regarding the defendant's citizenship, national origin, or ethnic heritage shall be excluded.
9. Testimony and arguments regarding a defendant's failure to produce evidence shall be excluded.
10. Counsel for each party shall be required to inform his or her witnesses of pertinent rulings by this court on motions in limine and to direct each witness to abide by those rulings before each witness testifies at trial.
11. Parties shall give each other notice of their expected witnesses the day before calling them to testify.
12. Parties shall disclose to each other any exhibits, videos, photographs, or computer slide shows the day before using them in opening statement. The parties should endeavor to do the same, if possible, before closing argument.

DATED this 8th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING AGREED MOTIONS IN LIMINE – 2