# Exhibit A

Mr. Anthony Pelayo

Registration No. 49591-086
Federal Detention Center
Post Office Box 13900
Seattle, WA 98198-1090

November 16, 2021

Hon. John C. Coughenour
United States District Judge
US District Court for the Western District of Washington
700 Stewart Street
Seattle, WA 98101

       Re:   <u>US v. Pelayo</u>
              No. CR 18 – 217 JCC

Dear Judge Coughenour:

I have spent the last 29 months incarcerated at the Federal Detention Center. This has been the most difficult time ever in the lives of me and my family. Since we learned I was indicted in this case, I have been called many things that I feel are not true. I have been embarrassed in the small community in which I reside. My mental and physical health of been tested to their limits. My wife and children have deeply shared in this struggle and pain. What hurts me most is that they suffer because of my decisions.

Notwithstanding these tribulations, I have grown and learned a great deal during the time I have spent inside, perhaps more than at any other time during my life. Remarkably, this experience has brought me positive changes. I have been blessed with a loving wife and three wonderful children, all of whom I now treasure more than ever. The experience has strengthened the bonds between all of us. I realize we are blessed with many good and loyal friends and a wonderful, caring church and community. All of them have selflessly and clearly given me and my family their strong support and fellowship during this difficult time.

I am forever grateful for their help and support. I have learned to enjoy life in the moment and appreciate the simplest pleasures. My senses are sharper and my mind is clear. I appreciate the daily aspects of my life and the routine. I have

acquired a feeling of peace and acceptance for my position. With God's help and the support of our family and friends, I pray that my wife and children will be able to continue to endure and lead happy and productive lives. Substituting love and acceptance for bitterness and anguish is our collective path forward.

We tend to think that failure defines who we are but that is not true. What truly defines us is what we do when we are down, defeated, broken, fallen. Whether we rise again defines our character. The only thing that will define our fortune is our own attitude toward failure

Your Honor, I will take this time and sharpen my body and spirit and mind I hope to be placed at Stafford FCI in Arizona. That facility has one of the most comprehensive HVAC and construction programs in the Bureau of Prisons. I hope to learn new skills and hone ones that I acquired while doing construction before my arrest.

Upon my release, I plan to be well equipped and prepared to be a successful, productive member of my community. I will use my time inside complete degrees in business and economics. I also hope to learn some business accounting.

The most serious punishment is already been imposed on me – separation from my family and children. Although I grieve the loss of their love and companionship, I am confident that God will provide me with sufficient strength to endure whatever sentence this Court may impose and the ability to prevail in the struggles ahead.

Sincerely,

*[signature]*

Anthony Pelayo