# Exhibit B

Dear Judge Coughenour,

My name is Vilayvanh Noi Soutavong, I am Anthony Pelayo's fiancé. We have been together for 12 years and we have 3 wonderful boys together, Jaysic 16, Andres 6 and Kaedo 3. We met each other through friends and what made me fall in love with him is that he is very intelligent, kind, funny and the most caring man I have ever met. He is one of the smartest person I have ever met, not only is he book smart he also has more common sense than a lot of people I know. Anthony is the type of man who would give you the shirt off his back, run in the streets to help someone push their broken down car and just anyone in need, if he can help he will be there. He was a great role model for our boys he taught them life lessons something we don't hear a lot of these days. He really wanted the best for everyone.

When it comes to his boys, he was definitely stricter when it comes to school work, chores and anything that would come up that would help them be more responsible as they grow older. He took our oldest to all his football practices went to all his games, took him to all his wrestling and track meets and was always there on the side lines rooting him on he never missed a practice or game he also helped him with all his homework. The two little ones looked up to their dad so much, no matter what he did they were so proud of daddy and always wanted to be next to him. Help him fix cars, fix things around the house, wash the cars, do yard work, they wanted to be just like daddy. When it comes to playing, he never says no to the boys he would be outside with them all day until dinner time. All the kids in our neighborhood loved Anthony because he actually played with the kids and teach them fun new things.

I can tell you very confidently that everyone that he has been in contact with Anthony, always enjoy his company. He's very friendly, easy to get along with, easy to talk to no matter your age, young or old he will make it his duty to find something in common with you and can talk to you for hours. It could be about work, kids, sports and life. Everyone loved him he was a joy to be around, made everyone laugh and can make friends with practically anyone.

He has been a big influence in my life in a positive manner. There have been times I have wanted to give up on things, but he's always pushed me to keep going and never give up. He always has great ideas and come up with lifelong goals. He pushes others to follow their dreams and even offer to help them to make it come true. He's ambitious, compassionate, courteous to say the least, and I really admire him for all of it, he is the smartest man I know and has the biggest heart and puts everyone first. I understand Anthony has been charged with a federal crime and is now facing sentencing, but that does not define him he is so much more than that. I am deeply sadden he will be away from me, the boys and family for a long time. I hope this letter tells you a little more on his character, he is very well loved by all.

Thank you for taking your time to read my letter.

Vilayvanh Noi Soutavong

Dear Judge Coughenour:

I am the Mother to Anthony Pelayo and I understand that he has been found guilty to federal criminal charges and is now facing sentencing. I would like to give insight on the character of my Son. He has 3 sons ages 3 to 16. He has always been very active in their lives with sports, school, and daily life experiences. They have been severely
Tramatized by this whole situation. I bring them to visit him as much as we can at least 2 x per month other than when covid did not allow us to visit. I try to keep as much contact with them both as to keep some relationship between them all. They love their Father very much and love the time they get to spend with him.

Anthony was raised in the Christian Chruch when he was a child and later in his adult life he wasn't involved as much. However, he has recommitted his life to Christ and is involved in the prison church and finds much peace there.

Anthony was also raised in our family Upholstery business and has worked with me since he was 17 until the time he was incarcerated. Our goal was to have him take over the business when I retire as I am 62 now. He

1

was a real asset to me as this business is very hard to find experienced workers and it is very successful. He is well liked in the community and has many friends. He is also a very generous and compassionate person. He has helped many people with medical issues as well as emotional issues. He a very positive person and also very health conscious and has helped a lot of people with getting physically fit.

Anthony has a large family i.e. uncles aunts and cousins etc that have all been a great support to us all. His fiancé and the mother of the children has been hit hard as Anthony was the main breadwinner in the family. Also, raising 3 young boys has been a toll on her.

I want to Thank you for taking the time to read this letter and hope this helps you with your decision.

Sincerely,

Jeanice Henderson

2

Dear Judge Coughenour:

My name is Adriana Eckel and I am Anthony Pelayo's cousin. I would like to start off by stating that I understand the severity of his case and understand that Anthony has been found guilty of Federal criminal charges and is now facing sentencing.  I'm sure you are going to be receiving a lot of letters with quite a bit of stories about Anthony's (the family calls him Tony) character and him being a great guy which are all so very true! Tony was always an amazing person within our family, he was reliable, helpful, trustworthy, genuine, respectful, happy, and was always there to help out the underdogs. He always had a way of making you feel like you meant something, that you belonged and mattered no matter your circumstances.

I remember at one point asking Tony why he always said "yes" to just about anyone that would call him asking him for help or for a favor and he just simply replied "because I like helping people, it's hard for me to say no, I just want to be able to help because I know what it's like to struggle and to not have someone there for you." When I thought about what he said I could only relate it to how he grew up, having parents that didn't put their children first and, in a way neglecting them, forcing them to grow up too fast and grow up by themselves.

Judge, I don't write this because I'm looking for you to take any sort of pity on him or to in any way excuse what he has done, to be honest I'm nervous, and more worried about rambling because I HAVE so many examples that show Tony's good character and how great of a person he truly is, but I rather focus on the positive of all of this. With that being said, I am beyond grateful. My family and myself now find ourselves in a circumstance of complete shock and sadness after discovering the extent of this case and the time that he is facing. I can tell you that through talking to him now within these last 2 years he has been incarcerated, he is a changed man and has found a relationship with Jesus Christ our Lord and Savior. Regardless of whether it was forced or not, I am thankful that this happened.

Please know how hard it is for me to say that and even typing it feels like I am betraying him, obviously no one wants to see their loved one in a situation like this but I know that the more he seeks God and repents for his mistakes God will restore him and straighten his path and turn this scenario into something good for him and everyone involved. He will become a better man for his family, for himself, and for society as a whole. In closing, I hope you can see and understand that his family is fully aware of the extent of this case and crimes committed.

My hope is that you can see Anthony Pelayo as an individual who did struggle and mess up, as someone who is remorseful, taking responsibility and is making great efforts to ensure that he is a changed man for his family and his kids who so desperately need him. That you can see that he has people in his life that want nothing but the best for him not just an easy way out. Tony is a bright and talented person that just needed some redirecting, unfortunately it ended up needing to be this harsh and hard for everyone but please I ask that you don't view him as a lost cause with no potential. Rather someone who is being given a second chance and the time to rehabilitate himself and taking full advantage of this opportunity and not wasting it or having a poor attitude about it in order to be the best version of himself that he can be for his family when the time comes. I thank you for your time Judge Coughenour, and will continue to keep you and everyone involved in my prayers.

Sincerely,

Adriana Eckel

Dear Judge Coughenour,

I am writing to you in regards to Anthony Pelayo. My name is Aileen Nguyen and I am a longtime friend, although I consider us to be more like family as I have known Anthony for over 10 years. I know Anthony through my best friend, his wife and mother to his children. Anthony's wife and I have been friends since middle school. She's my best friend/sister and we are all family.

I am aware Anthony has been found guilty to federal criminal charges. To me, these charges do not define him as a man, husband, friend, and most importantly as a father. I have had the opportunity to see Anthony become a father/stepfather to his 3 boys, 2 are biological and the oldest is from his wife's previous relationship. If I only had to say one thing about Anthony; it would be how amazing of a father he is. He helped raise the boys to truly see the world for what it is, to not take anything for granted, to work for what you want, and that life isn't always easy. You would have never guessed that one of the boys was not his biological son because he never made him feel that way. I saw this in the way he interacted and took care of him. I admire Anthony for this. To help raise another child as if he was your own, shows a lot about your character. The boys look up to Anthony, they say it all the time. They know Anthony is a man of his words, has a heart of gold, and is always willingly to help anyone (which we know can be a flaw sometimes). Anthony is a family man; he will always put his family first. Him and his wife are a good team, they balanced each other out well and always make the kids their #1 priority. Each child had a special bond with Anthony and they love and miss him so much.

I live in Oregon, but I visit often and when I do Anthony is always willing to take care of the boys so that his wife can spend some time with her friends, he never complained. He was always super welcoming and always made us feel at home. By the time we would get home, the boys would be cleaned and asleep. He is truly the definition of a good husband and father. You never had to guess how much he loves his wife and children, his actions said it all.

I hope this finds you well and I appreciate the time you took to read my letter. Thank you and take care.

Sincerely,

Aileen Nguyen

Dear Judge Coughenour,

My name is Allen Soutavong, and I am pleased to write this letter for Tony Pelayo. I have had the pleasure of knowing Tony dating back to when I was about 11-years old. I am now 23.  Throughout the twelve years of knowing him, there was an instant connection where we were able to bond from the very first day. Growing up, he was one of the few that I could trust and talk to about my personal issues with. He always had advice for me, guided me to best solutions, and taught me important life lessons that I will never forget. With his humorous and respectable character, he was immediately welcomed in our family. Whenever Tony would visit for family occasions, he would always enlighten the room with his love and positivity. Being family-oriented, he would happily be involved in playing basketball, football, video games, etc. with the kids, and more importantly, always giving a helping hand to assist our family.

As a cousin to his significant other, Noi, I've had the opportunity to watch him become a father of three beautiful children. Although I was a kid when we first met, I was old enough to acknowledge the happiness and joy that he brought to my cousin. Despite the charges that Tony is facing, I can't emphasis enough on his kindness and compassionate nature where he has earned a special place in our family.

Again, it is with great pleasure and honor to share my thoughts about Tony Pelayo.

Sincerely,

Allen Soutavong

Dear Judge Coughenour,

My name is Amanda Chan, I've known Tony (Anthony Pelayo) for 12 years and consider him family. I understand Tony has been found guilty on Federal criminal charges and is now facing sentencing. Our family truly misses Tony and we know it may be quite some time until we are able to see him again but understand the severity of the situation.

Tony has been there for me through a lot of tough times in life and always has given me a safe space. Tony showed us that you cannot put a price on family and there are things money cannot buy, like loyalty. Tony is someone I can trust and count on - he has been there for me when even my own family wasn't. Tony has always motivated me to be a better version of myself and let me know that I can always be better and do better. I am grateful and blessed to have a genuine person like him in my life and glad that he crossed paths with my cousin - treats her nothing less than like a queen. Tony has 2 sons with my cousin and took on her son as his own (shows him more love and support than his biological father). Tony always put family first and is an astounding father. He encouraged my nephew to play football, which is something he is very passionate about. It's great to see my nephew and him share this passion.

Tony's determination and hard work shows us we can all reach our goals if we put our mind to it and though it may not be easy, we should not give up. We all can't wait for the day we get to reunite.

Thank you.

Amanda Chan

Dear Judge Coughenour:

I am writing to attest to the good character of Mr. Anthony Pelayo. I am the cousin of the mother of his children, Noi Soutavong, and a professional in the field of civil engineering. Mr. Pelayo and I have been close friends for over 12 years and over these years he has proven to be a fine and responsible man full of promise, ambition, and dedication to his community.

As long as I've known Mr. Pelayo, he has been a positive influence in my life and has been known for placing his loved ones before himself and has proven himself to be a great provider, a dedicated father, a valued family member, and friend. He taught me the importance of family and to never give up on my dreams. It is for this reason I am honored to write a letter of reference for Mr. Anthony Peleyo regarding this matter. I understand the seriousness of this matter, however, I hope the Court will offer benevolence.

Mr. Pelayo was introduced into my family around the end of my high school career 12 years ago. I was unsure of my goals and career paths, I had to decide whether I should continue my education through college or enlist into the military. Although it would've been an honor to fight for this country, Mr. Peleyo's guidance encouraged me that higher education would've been a better fit for me. I went on to earn my undergraduate degree from the University of Oregon and my Masters Degree from Portland State University. I am now in the field of civil engineering. Without his counsel, I wouldn't be where I am today.

While I was surprised to learn about the gravity of his charges and the details of his case, I am confident that this behavior will not be a pattern. His close friends and family consider him to be a well-mannered, nonviolent, and reliable figure in our lives who is full of integrity.

Anthony Pelayo is a devoted father to three beautiful children. It takes a village to raise children and Mr. Pelayo is a sole benefactor to those children's lives. Please do not overlook his character when finalizing his sentencing.

Sincerely,

Brian Soutavong

Dear Judge Coughenour,

My name is Chase Hill I have known Anthony Pelayo for over 35 years; he is my brother.

I understand that Anthony has been found guilty to federal criminal charges and is now facing sentencing.

My brother is a very goal-oriented person once he sets his mind on something he will do whatever it takes to achieve that goal, especially when it comes to changing himself. My brother in his late 20s decided to quit drinking alcohol and stop smoking.  Once he stopped, he never did either again. Soon after he decided he wanted to start working out and getting healthy and to this day still does.

If there's anyone I know with the capacity to change for the better it's Tony.

My brother also has a big heart and has always helped out whoever he could whether it was family, friends, niece, nephew, cousin, it didn't matter if you needed help and he was in a position to help you he would. My brother is also a great father, I got to see him start to raise his two young boys and he has been a loving, active father, instilling good values into his children and mine. My girls love They're uncle Tony and miss him very much.

Sincerely,

Chase Hill

Dear Judge Coughenour,

My name is Chena Hill, Anthony Pelayo is my brother-in-law I have known him for as long as I have known my husband which is 13 almost 14 yrs. Although Mr. Pelayo has been found guilty of federal criminal charges I would like to share with you what I have experienced with Tony.

One thing I have always respected about Him is his love for his nieces. My husband and I have 4 children, 2 together all girls, Tony ALWAYS was one of the first people to be involved with whatever any of them were involved in as far as sports, he would take them to train and show them how to eat right etc. to help them succeed in whatever they wanted to do. With our little ones, the ones my husband and I have together, Tony was so gentle and loving, always playing and finding ways to bond with them. Whether it be bowling, movie nights, holiday themed things, family dinners BBQ's Tony hosted and enjoyed being with us all he cherished those times. There are a lot of reasons we do things, not to excuse them but how we were raised or taught/ not taught sometimes having to figure out life on your own, bad choices are made, I know my brother-in-law, Mr Pelayo has plans on turning his life around, his heart is too big not to.

Chena Hill

Dear Judge Coughenour,

My name is Christopher Chan, 29 years old and I am a father of 3 beautiful daughters. I currently work for Precision Castparts Corporation here in Portland, OR as a Production scheduler for the last 5 years.

My relationship with Anthony started about 12 years ago when he stepped into my cousin's life and became a step dad to my cousin's kid, Jaysic. Ever since then, he has showed that he is responsible, caring, reliable and more than capable of being a father figure to Jaysic. He attends his football games, coaching him, polished up his skills and certainly how to become a gentleman.

I understand that Anthony has been found guilty and is now facing sentencing and I would love for you to consider my opinion on his character. It takes a man with a loving heart to care and continue to care for a child that is not truly his. It takes courage, responsibility and patience and to me that's what Anthony has and has shown.

Christopher Chan

Dear Judge Coughenour:

I am writing on behalf of my cousin Anthony Pelayo whom I understand has been found guilty to Federal criminal charges and is now facing charges. I have known Anthony as both a close friend and family member. We would see each other quite often for social and family gatherings and he has become someone that I can depend on and who has been there for me personally. He has made it a point to be there for both me and my family and has played a big role in my son's life.

Anthony is a very kind and compassionate person. He is always positive, never in a bad mood, in fact, I have never seen him angry. He is always there when you need help with anything and would never say no to anyone that needs help. I reflect on a time when my son was raising money for a school fundraiser. Unfortunately, despite his efforts my son had not made significant progress towards his fundraising goal and was coming up quick on the deadline. We attended a family birthday and unprompted Anthony kindly purchased a majority of the chocolate bars, even encouraging others to contribute to the fundraiser. This act of kindness made a significant impression on my son and will always be remembered.

I have been able to witness Anthony grow into a family man and it is clear how much he cares about his family; he always talks about how his family is the most important thing to him. He loves spending time with his family, taking the kids somewhere fun, attending their football games, even coaching the team. It has always been important that his family has a good time, even the extended family and ensuring all the kids have fun and felt loved.
I have always known Anthony to be a good neighbor and it shows through the relationships he has built with them and within his community. He was known as a mentor to many of the kids in the neighborhood, taking the time to teach them and connect with them.

It is my sincere hope that the Court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Anthony Pelayo to be an honorable individual, a valuable member of the community and a kind and compassionate human being. Thank you for taking the time to read this letter.

Sincerely,

Jose Puerta

Dear Judge Coughenour,

My name is Julie Soutavong. I understand that Anthony Pelayo has been found guilty to federal criminal charges and is now facing sentencing. I met Anthony Pelayo about 12 years ago when he first started dating my cousin Vilayvanh Noi Soutavong. My fiancé Thurston Holmes and I first met Anthony when my cousin brought him to Portland, OR to visit her parents and meet some of the family.

My first impression of Anthony was that he was a very well spoken, polite and respectful person. The way he made my cousin smile all the time really reassured that he is a great man to her. Throughout the years we would all visit each other from time to time. Especially around special occasions like birthdays and holidays. When my fiancé and I would visit their home in Washington they were always the best hosts. Anthony would get up early and have breakfast ready for us and take us around town to sightsee and shop.

My cousin Vilayvanh and I got pregnant around the same time with my first child and their first child together. They now have two handsome boys together Andres and Kaedo. To see Anthony interacting with his boys is amazing. I've always noticed how he is always very patient and calm with them. The smile and excitement on his face spoke for itself and just showed how proud he is to be a father. After the many years of bonding and getting to know Anthony, I've never seen him angry or upset. He has always been an easy-going happy person and overall, a good human being. I consider Antony as family to me.

Thank you.

Sincerely,

Julie Soutavong

Dear Judge Coughenour:

My name is Karim Albuhaleg and I am the nephew of Anthony Pelayo. I am 20 years old. I understand that he has been found guilty of a federal crime and is now facing sentencing. I would like to share my insight on the character of my Uncle. When I was 15 both of my parents went off the deep end and abandoned me. My Uncle Tony took me in and raised me. He had me in sports and also helped me get my drivers licence. He has always encouraged me to be a hard worker and now I own my own buisness. He is and always will be someone I look up to.

Thank you for reading my letter,

Karim Albuhaleg

Dear Judge Coughenour:

My name is Phoukhan Maytrichith. I'm a longtime friend of Tony Pelayo since the 6th grade. I understand that Mr.Pelayo is found guilty of federal criminal charges and is facing sentencing. I would like to take the time to tell you that Mr.Pelayo is a loyal good friend and person. I can't express how many times I've seen him help others when they thought they had no one to turn to. Growing up together I've seen him mature into a great loving family man. I can recount all the good times we had growing up from birthdays to holidays he never missed a special moment that meant a lot to the loving people in his life. He's a sincere good person at heart and would help others if he could. He has 3 special boys in his life and has been nothing short of a great dad to them. I love him like a brother and would like you to know how much he has meant in my life. Thank you for taking your time to read this letter sir.

Phoukhan Maytrichith

Dear Judge Coughenour,

My name is Ryan Cavanah. I am writing this letter on behalf of Tony Pelayo. I understand that Tony has been found guilty to the federal criminal charges and is facing sentencing in November.

Tony and I met when we were in our very early teens, we've been friends ever since. I've known him going on 20 years, and during those years we went to school together and I lived at his home for 6 years after high school. My family came to love Tony because of his loyalty and his good-natured way of always looking out for the people he was close to. Growing up Tony always seemed like the older brother I didn't have and over the years my family saw him in that way as well. I am a recovering opiate addict, I got clean back in September of 2018 and Tony was one of the few people who didn't stop trying to help me. He showed up to my parents' house when he knew I was struggling and tried to get my mother and father to send me to a rehab facility, and offered to help financially if he could. Out of all of the family and friends that I had, he was the only one to come forward and actually try and do what he could to help me. This is indicative of his entire character as the human being and friend that I know; always and constantly trying to help his family and friends, regardless of what other difficulties he may have been facing at the time.

He is like a brother to me and he watched out for me from the time we were kids until I got my act together and got clean. I personally don't know anyone else that is as loyal and caring a friend as Tony has been in my life.

Ryan Cavanah.

Dear Judge Coughenour,

My name is Sam Soutavong. I've known Tony for 10 years and consider him family. I understand Tony has been found guilty on Federal criminal charges and is now facing sentencing.

Our family truly misses Tony and we know it may be quite some time until we are able to see him again. Tony has been there for me through a lot of tough times in life and always has given me a safe space. Tony showed us that you cannot put a price on family and welcomed everyone with open arms. Tony is someone I can trust and count on, he was there for me when even my own family wasn't.

Tony has always motivated me to be a better version of myself and that I can always be better and do better. I can say that I am blessed and great full to him in our lives and glad that he has treated my cousin like a queen all these years. We all can't wait for the day we get to see each other again.

Thank you,

Sam Soutavong

Dear Judge Coughenour,

My name is Saraphy Heng, a friend of Tony Pelayo. I am extremely saddened by this occurrence and understand he has been found guilty to federal criminal charges and is now facing sentencing.

I have known Tony for about 15 years now. I met him through my younger sister and brother-in-law way back in our younger days. He was funny, so kind and genuine from the start. We definitely had fun times hanging out together, BBQing and celebrating special occasions and holidays as one big group of friends. Throughout the years, I went through my own personal issues in life and I can remember a moment where I desperately needed help. Tony came to mind and I reached out to him. I had gotten into an argument with someone and needed to leave, but had no transportation at the time. When I got off the phone with him, he was there to pick me up soon after. I explained to him that I was not happy with my current living situation and he offered to let me stay with him until I found my own place. I offered to pay some rent but he refused. He said, "My home is your home and everything will be fine." He reassured me that I was safe. I was so grateful for his friendship and his kindness during my time of distress.

Tony is such a kind person inside and out. He loves his kids, his wife and family so much. He's definitely a changed man, in a good way since having his sons. He needs to be home with his family and watch his kids grow and create fun memories with them and go on family vacations. He needs to be home with them, he should be home with them.

Thank you for your time in reading my letter regarding Tony Pelayo.

Sincerely,

Saraphy Heng

Dear Judge Coughenour,

My name is Syna Maytrichith , I am a long-time friend of Tony, my husband is one of his best friends. We met through my husband and have known each other for over 14 years. I understand Tony is guilty to Federal charges and is facing sentencing. It is an unfortunate situation, but I would like to share with you my personal experiences with Tony. The Tony Pelayo that my family and I know.

For as long as I have known Tony he has always put others before himself. For example, when we needed help with transportation he would lend us a hand or offer to give us rides to where we needed to go. One winter we were snowed in and unable to drive home because our car was stuck on an icy hill. Tony offered us to stay at his place until the morning when the snow melts and we can get our car off the road and up the hill or give us a ride home. We decided to take the safe route and stayed at his place. While there, he was very accommodating. Getting us blankets, pillows, and turning the heat on so we all can stay warm. It ended up being an adult slumber party. Some of us even went out to make snow angels. It definitely is one of my favorite memories with Tony and his family.

Tony wants to see the people around him do good in life and is always encouraging people to strive for their best no matter their upbringing or the struggles they have in life. He always said, it doesn't matter how you grew up or the struggles you went through, what matters is how you try now to live a better life and what you can do now to change it. He is also into health & fitness. I always hear Tony and my husband talk about working out, what's the heaviest weights they've lifted, and egging each other on about who can lift more. He is great at motivating others to make health & fitness a priority in their lives. Cut out the negativity and focus on the positive he would say. He is a very positive person and gives great motivational pep talks.

Witnessing Tony become a father for the first time was a special moment. He's always been the tough guy. Everything about him was either gym or sports. But watching him become this soft and gentle dad was definitely heart-warming. He loves his wife and boys dearly. It shows by the way he always makes sure they are taken care of and have everything they need. We have children that are the same ages, my kids know him as Uncle Tony. He was there at the hospital after my two oldest boys births and has always treated my kids as if they were his own. When we get together he's the cool Uncle who rough houses with the boys, tells them jokes, teases them, gives them big firm hugs, & talks to them about sports like football and basketball. Both of our families are close. Our boys are best friends and refer to each other as cousins. We always try to make time for each other despite our busy lives. If we don't see each other Tony will message my husband to see how we are doing and ask about the boys, and vice versa. Tony is a big family man. Family has always been his number one priority.

In summary, this is the Tony I know. He is a kind, thoughtful, loving, genuine friend and an amazing father & husband. He is a big part of our family and we always wish him & his family well.

Sincerely,


Syna Maytrichith

Dear Judge Coughenour

Hello my name is Victoria Soutavong, cousin of Noi Soutavong. I've known Anthony Pelayo as long as my cousin has been with him and he has been nothing but good to our family and our family has welcomed him with open arms. I come from a very large family and Tony has fit in and helped out in every way to be there for ours. It's been hard seeing my nephews without a strong father figure in their life and I believe it's very important for them to have someone help shape them in to men. I know Tony is a great father, uncle, cousin, brother, nephew in the ways he interacts with each and every single family member. Including myself. Each holiday feels like something has been missing and it's having Anthony around. His presence is something that has an effect on others in the best of ways.

Anthony has two kids with my cousin Noi and has taken her oldest son  in like it was his own blood. He is truly the glue that keeps their family together. To me that's what makes a great man. To love unconditionally.

Thank you for your time,

Victoria Soutavong.

Dear Judge Coughenour,

I'm a friend of Anthony Pelayo and I've known him for about 18 years. I'm aware that he has been charged for a federal crime and will be facing sentencing soon. I would like to take minute to talk about Anthony Pelayo's moral character and I hope you will take this letter into consideration when making your decision.

I've always thought of Anthony Pelayo as a brother. We talk, we joke, we even have a special hand shake, and he's was also a great moral support during my time of need. I went through a bit of a turmoil situation many years back and I found comfort with spending time with him and his family. They were both big contributors in my healing process. What really makes Anthony Pelayo such a great person is how much of a loving father he is to his two sons. It's definitely a warm feeling when he's with his kids. Not only is he a great father to his two sons, but an outstanding father to his step son. It's not easy to step up and be a father figure to a child that's not biologically yours, but Anthony Pelayo did just that.

I hope this letter gives you a bit more knowledge regarding Anthony Pelayo's person of character. I understand that this must be a very difficult decision for you to make, but I hope you will look at this letter and see how much of a great man he truly is and most importantly how much his family needs him.

Vida Xayachack

Dear Judge Coughenour,

My name is Thongvanh Louangrath I've been friends with Tony Pelayo for almost 20 years. I understand that Pelayo has been found guilty to Federal criminal charges and he's facing sentencing. Tony has been one of the most dependable lasting friendships I've had in 20 years. He's the one person I could count on for support in any situation. He's a caring friend, brother and father. There has been numerous times that myself and my family has reached out to Tony with issues or questions and he always helped without hesitation. One situation for example is my father had kidney failure and received a kidney transplant. Tony was there for my family and I during that difficult time. He helped us out any chance he could. He provided rides to and from the hospital, he brought us food when he knew we wouldn't leave my fathers bedside. Tony showed compassion and empathy than any other friends or family members. Tony's character is honesty, loyalty, compassion and empathy. I'm grateful and will forever cherish our friendship.

Thank you for taking your time to read man letter on Tony's character he's more than just a friends he became a brother to me.

Thongvanh Louangrath

Dear Judge Coughenour,

My name is Amiyah Hill. Anthony Pelayo is my uncle. I've known him my whole life. I am aware and understand my uncle has been found guilty of federal criminal charges and is currently facing sentencing. I haven't seen him in three years, and the last time I saw him we had a disagreement and I was mad at him over something I can't even remember now. Something so stupid and minute I can't even remember what I was mad about. I think about that often, I wish I would've realized the time we had together was precious and I didn't need to waste it with a stubborn heart. My uncle was always my role model, and I'd like to think I was his favorite niece. My uncle taught me about hard work. I remember wanting money but he wouldn't just give it to me he would have me mow the lawn, clean the house, mop the floors, and even when he had nothing for me to do he made something up. At the time I would say "man all this just for twenty bucks," but now I realize it was so much more than that. He taught me to work hard for everything you have, he taught me the value of a dollar. He taught me that no matter what I want in life I can get it through hard work. My uncle always helped me with whatever I was doing, especially when it came to sports. On a few occasions I wanted to be the best at every sport, I remember him buying me all the gear I needed and helping me train for the time being until I quit but he was always there pushing me to do better. I know he would've loved to see me graduate and help me get through these years of my life in the real world. I know he would be there every step of the way. I understand we make decisions and sometimes our decisions have consequences but I need him, now more than ever.

Thank you,
Amiyah Hill