THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY PELAYO, <br><br> Defendant. | CASE NO. CR18-0217-JCC-3 <br><br> ORDER |

This matter comes before the Court *sua sponte*. On November 23, 2021, the Court sentenced Defendant Anthony Pelayo to a total imprisonment of 180 months. (*See* Dkt. No. 972 at 3.) For purposes of the judgment, the Court confirms that, in formulating Defendant's sentence, the Court disregarded the portions of the presentence report to which Defendant objected. (*See* Dkt. Nos. 937 at 1–2, 964 at 2.)

DATED this 30th day of November 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0217-JCC-3
PAGE - 1