THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0217-JCC-3 |
| Plaintiff, | ORDER |
| v. | |
| ANTHONY PELAYO, | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to seal Exhibits A, D, F, and G for the supplemental to its sentencing memorandum (Dkt. No. 968). Because the Exhibits contain Defendant's personal financial information, sealing them serves a compelling interest that is substantially likely to be harmed if they are not sealed, and no less restrictive alternatives would protect the interest. Accordingly, the Court finds good cause to seal the documents. The Government's motion to seal (Dkt. No. 968) is GRANTED. Exhibits A, D, F, and G (Dkt. No. 969) shall REMAIN sealed.

DATED this 27th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR18-0217-JCC-3
PAGE - 1