THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
8                                   AT SEATTLE

9   UNITED STATES OF AMERICA,                    CASE NO. CR18-0217-JCC-3

10                            Plaintiff,          ORDER

11          v.

12  ANTHONY PELAYO,

13                            Defendant.

14

15          This matter comes before the Court on Defendant Anthony Pelayo's motion to provide

16  appellate counsel unredacted copies of sealed pleadings (Dkt. No. 1043).

17          On August 3, 2021, a jury returned a guilty verdict on all counts against Mr. Pelayo, as

18  contained in a superseding indictment, and the Court later entered judgment sentencing Mr.

19  Pelayo to a total imprisonment of 180 months. (*See* Dkt. Nos. 456, 857, 858, 972, 973.)

20  Following the timely filing of a notice of appeal (Dkt. No. 973), Mr. Pelayo's appellate counsel

21  now requests unredacted copies of certain filings for the purposes of preparing his appellate

22  brief. (*See* Dkt. No. 1043 at 1.) Counsel indicates that the Government does not oppose the

23  request. (*Id.*)

24          Finding good cause, Mr. Pelayo's motion (Dkt. No. 1041) is GRANTED. The Court

25  DIRECTS the Clerk's office to provide Suzanne Lee Elliott, Washington State Bar Association

26  Number 12634, with unredacted, complete copies of Docket Numbers 65, 400, 415, 446, 540,

544, 548, 730, 742, 822, 823. These documents shall be produced without cost and shall remain protected and will be filed pursuant to Ninth Circuit filing rules regarding sealing.

DATED this 13th day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE