THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY PELAYO, <br><br> Defendant. | CASE NO. CR18-0217-JCC-3 <br><br> ORDER |

This matter comes before the Court on Defendant Anthony Pelayo's motion to provide appellate counsel with an unredacted copy of Docket Number 821 (Dkt. No. 1046).

The Court recently granted Mr. Pelayo's motion to provide appellate counsel with unredacted copies of certain filings (Dkt. No. 1044.) In that motion, counsel misidentified a requested filing as Docket Number 822, and now requests access to the intended filing, Docket Number 821. (Dkt. No. 1046.) Counsel indicates the Government does not oppose this request. (*Id.*)

Finding good cause, the motion (Dkt. No. 1046) is GRANTED. The Court DIRECTS the Clerk's office to provide Suzanne Lee Elliott, Washington State Bar Association Number 12634, with an unredacted, complete copy of Docket Number 821. This document shall be produced without cost and shall remain protected and will be filed pursuant to Ninth Circuit filing rules regarding sealing.

ORDER
CR18-0217-JCC-3
PAGE - 1

1    DATED this 18th day of April 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE