THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0217-JCC-3 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ANTHONY PELAYO, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Pursuant to CrR 35(d)(1), Defendant's reply in support of his motion for compassionate release (Dkt. No. 1130) was due on April 9, 2025. However, based on its communications with the parties, the Court understands that Defendant, who is proceeding *pro se*, seeks an extension of his reply deadline given his delay in receiving the Government's opposition, which reduced the overall time Defendant had to review, prepare, and file a meaningful reply. Defendant attributes this delay to the prison mail system, over which Defendant has no control. Accordingly, the Court finds good cause to extend Defendant's reply deadline to April 15, 2025.

//

//

MINUTE ORDER
CR18-0217-JCC-3
PAGE - 1

DATED this 15th day of April 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk